COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony WRIGHT, Petitioner

No. 68 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

Robert LUCAS, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (CITY OF SHARON), Respondent

No. 27 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

Susan (Nawn) GREEN, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (US AIRWAYS), Respondents

No. 120 WAL 2017

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**